```
1  JEROME SCHREIBSTEIN (SBN: 154051)
   LAW OFFICE OF JEROME SCHREIBSTEIN
2  Embarcadero Center West
   275 Battery Street, Eighteenth Floor
3  San Francisco, CA 94111
   Telephone: (415) 875-3355
4  Facsimile: (415) 358-9885

5  Attorneys for Defendants
   BAYER HEALTHCARE LLC, BAYER
6  CORPORATION AND DAVID PANVELLE
```

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE JONES, | CASE NO. |
| Plaintiff, | DECLARATION OF DAVID PANVELLE IN SUPPORT OF PETITION AND NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (Federal Question and Diversity Jurisdiction) |
| vs. | |
| BAYER HEALTHCARE LLC, BAYER CORPORATION, DAVID PANVELLE, DOES 1-50, inclusive, | |
| Defendants. | |

I, David Panvelle, declare and state as follows:

1. The below is true and correct of my own personal knowledge or, to the extent indicated, I am informed and believe and on that basis aver it to be true, and, if called upon, I could and would competently testify thereto.

2. I began employment for Bayer HealthCare LLC ("Bayer") on or about October 16, 2006. I am employed as a Manufacturing Supervisor and am responsible for overseeing day-to-day operations in the Media/Fermentation Department housed in Building 55 of Bayer's Berkeley, California facility.

3. I am not an owner or operator of Bayer or member of any Board of Directors. I have no ownership interest in Bayer. I do not have the authority to hire and fire Bayer employees and I did not terminate the employment of Donnie Jones, the plaintiff in this matter. I

- 1 -
**DECLARATION OF DAVID PANVELLE IN SUPPORT OF PETITION AND NOTICE OF REMOVAL**

am informed and believe that the termination was executed by Bayer Human Resources in conjunction with senior management.

4. I never had any contractual relationship with Mr. Jones and I never entered into any contract with him in relation to his Bayer employment. At no time was Mr. Jones ever my employee and I was never Mr. Jones' employer.

5. I have never been formally served with a Summons and Complaint in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of April, 2008 in Berkeley, California.

*David Panvelle*
David Panvelle

- 2 -
**DECLARATION OF DAVID PANVELLE IN SUPPORT OF PETITION AND NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**