Andrew W. Shalaby [SBN 206841]
7525 Leviston Avenue
El Cerrito, CA 94530
Tel. 510-528-8500, Fax 510-528-2412

Attorney for Plaintiff DONNIE JONES

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN FRANCISCO
UNLIMITED JURISDICTION

| | |
|---|---|
| DONNIE JONES,<br><br>           Plaintiff,<br>v.<br><br>BAYER HEALTHCARE LLC; BAYER CORPORATION; DAVID PANVELLE; Does 1 to 50 Inclusive,<br><br>           Defendants. | Case No.  3:08-cv-2219 SC<br><br>PLAINTIFF'S NON-OBJECTION TO REMOVAL AND NOTICE OF ABSENCE OF FEDERAL QUESTION OR DIVERSITY |

TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

    Plaintiff DONNIE JONES does not object to the removal of this action to Federal Court today, but respectfully advises the Court that although the removal papers have not yet been received or filed through ECF, there does not appear to be any Federal Question or Diversity jurisdiction.  This is a wrongful termination case under State law.  The Union is not a defendant due to Plaintiff's inability to find any basis for suit against the Union, and there is no National Labor Relations Board issue raised in the complaint.  Plaintiff is not aware of the existence of a cross-complaint by Defendant giving rise to any Federal Question.  To avoid the delays which may arise from possible jurisdictional problems, Plaintiff respectfully requests that the Court review the Complaint which should be attached to Defendant's removal papers, and if no Federal Court jurisdiction exists, the matter should perhaps be remanded to avoid further delays in the proceedings.

Dated: April 30, 2008

_____
Andrew W. Shalaby, Attorney for Plaintiff Donnie Jones

**PTF NON-OBJECTION AND NTC RE REMOVAL**        Case No.  3:08-cv-2219 SC