```
 1  JEROME SCHREIBSTEIN (SBN: 154051)
    LAW OFFICE OF JEROME SCHREIBSTEIN
 2  Embarcadero Center West
    275 Battery Street, Eighteenth Floor
 3  San Francisco, CA 94111
    Telephone: (415) 875-3355
 4  Facsimile: (415) 358-9885

 5  Attorneys for Defendants
    BAYER HEALTHCARE LLC, BAYER
 6  CORPORATION AND DAVID PANVELLE

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE JONES, | CASE NO. CV 08-2219 SC |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE |
| vs. | |
| BAYER HEALTHCARE LLC, BAYER CORPORATION, DAVID PANVELLE, DOES 1-50, inclusive, | Date: July 11, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge: Hon. Samuel Conti |
| Defendants. | |

This matter came before this Court on a properly noticed basis on the Motion to Dismiss and Motion to Strike of defendants Bayer HealthCare LLC, Bayer Corporation and David Panvelle (collectively, "defendants"). Both defendants and plaintiff appeared. This Court, after having considered the arguments and evidence presented, hereby:

(1) GRANTS defendants' Motion to Dismiss the Complaint for Wrongful Termination, Breach of Contract, Negligence; and Fraud (the "Complaint"). This Court holds that (1) all of the claims in said Complaint are completely preempted by Section 301 of the Labor Management Relations Act (LMRA), (2) separate and apart from such preemption, no claim may be stated against individual defendant David Panvelle, and (3) plaintiff's claim for wrongful termination in violation of public policy is separately barred as it is not made in reference to any specifically delineated public policy. Because the claims are squarely

- 2 -

1 preempted by the LMRA on their face, there is no plausible claim that may derive from them
2 and, therefore, the Complaint is dismissed without leave to amend.
3    (2)   GRANTS defendants' Motion to Strike and strikes (without leave) the punitive
4 damage allegations from plaintiff's third claim for relief of negligence.
5    Defendants are directed to prepare a judgment in accordance with this Order forthwith
6 including an award of costs in their favor.
7    It is so ORDERED.

9 Dated: _____, 2008

11   _____
   The Hon. Samuel Conti
12   United States District Court

---
- 2 -
ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE; CASE NO.
CV 08-2219 SC