Andrew W. Shalaby [SBN 206841]
7525 Leviston Ave
El Cerrito, CA 94530
tel. 510-528-8500, fax 510-528-2412
ashalaby@shalabylaw.net

Attorney for Plaintiff DONNIE JONES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE JONES,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>BAYER HEALTHCARE LLC; BAYER CORPORATION; DAVID PANVELLE; Does 1 to 50 Inclusive,<br><br>　　　　　　　Defendants. | Case No. CV 08-2219 SC<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING RELATED DEADLINES**<br><br>Date: July 22, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1, 17th floor<br>Judge: Hon. Samuel Conti<br><br>Stipulation submitted on the pleadings only |

## **STIPULATION**

　　Defendant BAYER HEALTHCARE LLC presently has a motion to dismiss under submission before this Court. In addition, counsels for the respective parties are otherwise unavailable for the August 15, 2008 case management conference presently scheduled. In order to determine the scope of issues for the initial case management conference as well as the Rule 26 disclosures, and in order to accommodate the schedules of counsels for both sides, the parties respectfully request

that this Court continue the case management conference and related compliance dates as set forth in this stipulation.

Plaintiff DONNIE JONES, by way of his counsel ANDREW W. SHALABY, and defendant BAYER HEALTHCARE LLC, by way of its counsel JEROME SCHREIBSTEIN, hereby stipulate to the following proposed dates, and ask the Court to enter an order accordingly:

1. **Case Management Conference date** to be changed to not earlier than September 26, 2008; and

2. **CMC Statement and Rule 26 Report** to be filed not earlier than September 15, 2008.

Dated: July 21, 2008               /S/ Andrew W. Shalaby
                                   Andrew W. Shalaby, Attorney for Plaintiff Donnie Jones

Dated: July 21, 2008               /S/ Jerome Schreibstein
                                   Jerome Schreibstein, Attorney for defendant BAYER HEALTHCARE LLC

**ORDER**

1. The initial case management conference will be held on _____, 2008 at 10:00 a.m.;

2. The joint case management conference statement and Rule 26 report will be filed not later than _____, 2008.

Dated: July 21, 2008               _____
                                   Judge, U.S. District Court

**STIP./ORDER CONTINUING CMC**        2                **Case No.** CV08-2219 SC