United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE JONES, <br><br> Plaintiff, <br><br> v. <br><br> BAYER HEALTHCARE LLC, BAYER CORPORATION, DAVID PANVELLE, and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 08-2219 SC <br><br> ORDER GRANTING DEFENDANTS ONE EXTRA DAY TO FILE REPLY <u>BRIEF</u> |

On March 4, 2009, Defendants filed a limited opposition to Plaintiff's application to file an opposition brief one day late. Docket No. 38. Defendants seek an extra day to file their reply brief. The Court granted Plaintiff's application to file the opposition brief one day late. Docket No. 39. The hearing date for the motion to dismiss remains March 20, 2009. The Court hereby GRANTS Defendants' request for an extra day to file their reply brief.

IT IS SO ORDERED.

Dated: March 5, 2009

_____
UNITED STATES DISTRICT JUDGE