```
JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC, BAYER
CORPORATION AND DAVID PANVELLE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE JONES,<br><br>   Plaintiff,<br><br>vs.<br><br>BAYER HEALTHCARE LLC, BAYER CORPORATION, DAVID PANVELLE, DOES 1-50, inclusive,<br><br>   Defendants. | CASE NO. 08 02219 SC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULTED BETWEEN PLAINTIFF DONNIE JONES, ON THE ONE HAND, AND DEFENDANTS BAYER HEALTHCARE LLC, BAYER CORPORATION, AND DAVID PANVELLE, ON THE OTHER HAND, THROUGH THEIR RESPECTIVE COUSENL, AS FOLLOWS:

WHEREAS, this matter has now been resolved between plaintiff Donnie Jones, on the one hand, and defendants Bayer HealthCare LLC, Bayer Corporation, and David Panvelle, on the other hand, the parties jointly request that this action, and all of the claims pled herein, be dismissed forthwith in its entirety with prejudice with each side to bear its own costs.

1   IT IS SO STIPULATED.

2   Dated: July ___, 2009                    LAW OFFICE OF JEROME SCHREIBSTEIN

4                                            By: /S/
                                             Jerome Schreibstein
5                                            Attorneys for Defendants
                                             BAYER HEALTHCARE LLC, BAYER
6                                            CORPORATION and DAVID PANVELLE

8   Dated: July 2, 2009                     LAW OFFICE OF ANDREW W. SHALABY

10                                           By: /S/
                                             Andrew W. Shalaby
11                                           Attorneys for Plaintiff DONNIE JONES

## ORDER

BASED ON THE FOREGOING STIPULATION OF THE PARTIES AND GOOD CAUSE OTHERWISE APEARING, the Court Orders as follows: this action, and all of the claims pled herein, is dismissed in its entirety with prejudice, with each side to bear its own costs.

IT IS SO ORDERED.

Dated:   July 2, 2009                       By:_____
                                            Honorable
                                            United States District Judge
                                            [Stamp: IT IS SO ORDERED, Judge Samuel Conti, United States District Court, Northern District of California]